# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No: 3:25-cv-12539-SAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE VERTELLE GROUP, LLC. d/b/a ) | |
| LIFELINE SMARTPHONE & TABLET REPAIR ) | |
| and ANTONN SIMMONS ) | |
| ) | |
| Defendants. ) | |
| _____, ) | |

## COMPLAINT

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendants, The Vertelle Group, LLC. d/b/a Lifeline Smartphone & Tablet Repair and Antonn Simmons and states as follows:

### I.     JURISDICTION AND VENUE

1. This breach of contract action to collect an indebtedness is brought by the United States of America on behalf of the Small Business Administration ('SBA') pursuant to Title 28, United States Code, §1345 and Title 28, United States Code, §3001.

2. The United States Small Business Administration is the assignee and holder of a promissory note that evidences the loan that is the subject of this litigation. The due and owing debt was referred to the US Department of Treasury's Bureau of Fiscal Service for collection in accordance with the Debt Collection Improvement Act of 1996 (31 U.S.C. §3701, et seq.) and ultimately referred to the United States Department of Justice for enforced collection.

3. Defendants, The Vertelle Group, LLC. d/b/a Lifeline Smartphone & Tablet Repair, is a domestic corporation doing business in Richland County, South Carolina within the jurisdiction of this Court and may be served with process on its registered agent at 728 Applegate Lane, Columbia, SC 29209 per the SC Secretary of State.

4. Defendant, Antonn Simmons, is a resident of Richland County, South Carolina within the jurisdiction of this Court and may be served with process at 104 Sandstone Road, Columbia, SC 29212.

## II.     FACTS

5. Paragraphs 1-4 of the Complaint are hereby realleged as if fully rewritten herein.

6. On July 31, 2017, SBA authorized a loan in the amount of $111,600.00 to The Vertelle Group, LLC. d/b/a Lifeline Smartphone & Tablet Repair, (SBA), by and through an Administrator, signed the Authorization, which states that SBA guarantees 85% of the SBA loan.

7. On July 31, 2017, The Vertelle Group, LLC. d/b/a Lifeline Smartphone & Tablet Repair executed an SBA 7(A) Guaranteed Loan and Authorization, from U.S. Small Business Administration in the amount of $111,600.00. Antonn Simmons signed the Guaranteed Loan and Authorization for the SBA Loan in which it was agreed to repay the loan at a variable rate of interest. A true and accurate copy of the Guaranteed Loan and Authorization (SBA 7(A)) is attached herein as **Exhibit A.**

8. On September 22, 2017, Defendant, Antonn Simmons guaranteed the SBA Loan., Antonn Simmons., in his individual capacity, signed the Unconditional Guarantee which provides in part that Guarantor unconditionally guarantees payment to Lender of all amounts due and owing under the Loan. 'A true and accurate copy of the Unconditional Guarantee, Loan and Security Agreement and SBA Settlement Sheet are attached herein as **Exhibit B.**

9. On September 20, 2019, Defendants became delinquent on the SBA Loan. A true and accurate copy of the Lender's Transcript of Account is attached herein as **Exhibit C.**

10. After defendants defaulted on the SBA Loan, servicing of the Loan was assigned to the SBA. SBA is currently the holder of the Loan and entitled to collect the debt. A true and accurate copy of the Assignment is attached herein as **Exhibit D.**

11. After applying all payments and proceeds received, the current balance due and owing on the SBA Loan totals $160,615.33. A true and accurate copy of the Certificate of Indebtedness is attached herein as **Exhibit E.**

## COUNT ONE: BREACH OF CONTRACT- 28 U.S.C. §3001 - TRFM14967214

12. Paragraphs 1-11 of the Complaint are hereby realleged as if fully rewritten herein.

13. Defendant, The Vertelle Group, LLC. d/b/a Lifeline Smartphone & Tablet Repair defaulted on the SBA Loan.

14. Defendant, Antonn Simmons defaulted on the SBA Loan.

15. SBA holds the Loan evidencing the due and owing debt under the SBA Loan.

16. Defendant, Antonn Simmons., as the guarantor on the SBA Loan owes the United States of America the sum of $160,615.33, which includes the pre-collection principal balance of $101,181.95, plus interest in the amount of $16,845.98 at the rate of 8.25 percent, administrative fees in the amount of $42,587.40, all as from June 22, 2022 through March 14, 2024. *See Certificate of Indebtedness*, Exhibit E *supra.*

17. Following the entry of judgment, the United States respectfully requests judgment interest at the statutory rate in accordance with Title 28 United States Code, §1961.

18. Pursuant to Title 28, United States Code, §2412 (a) (2), the United States respectfully requests an amount equal to the filing fee prescribed in Title 28, United States Code, §1914 (a).

19. Pursuant to the terms of the Loan documents and Guaranty documents, the United States respectfully requests reasonable attorney's fees and costs.

WHEREFORE, Plaintiff, the United States of America, on behalf of the Small Business Administration, respectfully prays for relief as follows:

    a. Damages for the SBA Loan in the amount of **$160,615.33**.

    b. Statutory post-judgment interest pursuant to 28 U.S.C. § 3717(a).

    c. An amount equal to the filing fee prescribed in 28 U.S.C. §1914 (a) pursuant to 28 U.S.C. §2412 (a) (2).

    d. Attorney's fees and costs incurred in this action; and

    e. For such other relief as the Court deems just and proper.

Date: September 12, 2025.     Respectfully submitted,

By: /s/ Eric Hale, Esq.
Eric Hale (Federal Bar ID #9404)
On behalf of Schuerger Law Group
1044 Wildwood Centre Drive
Columbia, SC 29229
(803) 726-3558 - Tel.
Email: ehale@schuergerlaw.com
Copies to: efiling@schuergerlaw.com
*Attorney for Plaintiff United States of America*